# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



FILED
NOV 27 2023

| | |
|---|---|
| Khaliq Adeeb Ishrat<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-v-<br><br>① NC Dept. of Adult Corrections, et al;<br>② Stryker Corporation<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____<br>_(to be filled in by the Clerk's Office)_ |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Khaliq Adeeb Ishrat
All other names by which you have been known:
ID Number: 0111638
Current Institution Address: 75 Legend Rd., Lumberton Correctional
Lumberton, NC 28358
*City* *State* *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Mary Locklear
Job or Title *(if known)*: NC Dept. of Adult Corrections Kd. Superintendent
Shield Number: NA
Employer: NC Dept. of Adult Corrections
Address: 75 Legend Rd.
Lumberton, NC 28358
*City* *State* *Zip Code*
☐ Individual capacity  ☒ Official capacity

Defendant No. 2
Name: Tammie Stocks
Job or Title *(if known)*: Program Director Craven Correctional
Shield Number: NA
Employer: NC Dept. of Adult Corrections
Address: 831 West Morgan St.
Raleigh, NC 27611
*City* *State* *Zip Code*
☐ Individual capacity  ☒ Official capacity

Defendant No. 3
Name: Byron Walston Craven Correctional
Job or Title (if known): programs
Shield Number: NA
Employer: NC Dept. Adult Corrections
Address: 831 West Morgan St.
Raleigh, NC 27611
City / State / Zip Code

☐ Individual capacity ☑ Official capacity

Defendant No. 4
Name: Stryker Corporation
Job or Title (if known): Orthopedic Company CEO
Shield Number: NA
Employer: Corporation of Orthopedics
Address: 3446 TN-126
Blountville, TN, 37617
City / State / Zip Code

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st. Amendment Freedom of Religion,
5th Amendment Due Process Double Jeopardy,
8th Amendment Cruel and Unusual punishment.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

NA

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Mary locklear Tammie Staks, Byron Walston all work for NC Dept of Adult corrections which denyed me my religious rights, and continued giving me tenofvir which cause acute necrosis which is why I have a hip implay Stryker Cyep made the prochet which caused cobalt Chromium lead poisoning.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

NA

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

at Craven correctional greene correctional and Lumberton correctional

C. What date and approximate time did the events giving rise to your claim(s) occur?

April 16, 2016 Hip Implant
See attached grievance forms

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Denied religious rights repeatedly, given a hip implant that was caused by HIV medication tenofovir causes acute necrosis which is still on going.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Hip implant total to left side, Right hip has to be replaced now, constant pain in knee, ankle, and hip. Back problems as well. Request whole medical file (8 folders full.) mental health meds now as well.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want 43 million dollars for pain and suffering and nominal damages, punitive damages, mental health anguish as well.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lumberton Correctional, Craven Correctional, Greene County Correctional

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

all of them

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose, concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

N/A

E. If you did file a grievance:

1. Where did you file the grievance?

See attached grievances

2. What did you claim in your grievance?

See attached grievances

3. What was the result, if any?

Denied

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

all steps still denied

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) N/A
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case.
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☒ No  N/A

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   N/A

- [ ] Yes
- [x] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) N/A
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?
   - [ ] Yes
   - [x] No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/22/2023

Signature of Plaintiff: Khalid Adeeb Ishrat
Printed Name of Plaintiff: Khalid Adeeb Ishrat
Prison Identification #: 0111688
Prison Address: 75 Legend Rd.
Lumberton, NC 28358
City, State, Zip Code

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City, State, Zip Code
Telephone Number:
E-mail Address:



# North Carolina Department of Adult Correction

Roy Cooper, Governor  
Todd E. Ishee, Secretary

## DC-410 Screening Response

**Regarding Grievance No.: 3085-2023-BOGAL-23276**
**Received: 10/30/2023**

**Inmate:   DOWNEY, WILLIE G - 0111638**
**Location: 3085-CRAVEN CI - BOGAL12L**

The grievance you have submitted has been accepted and will begin a review process. A response will be sent within 15 calendar days of 10/30/2023.

| 10/30/2023 | SMITH |
|---|---|
| Date | Staff Electronic Signature |

cc: CTS

MAILING ADDRESS:
P. O. BOX 839
VANCEBORO, NC 28586

WWW.NCDPS.GOV



An Equal Opportunity Employer

OFFICE LOCATION:
600 ALLIGATOR ROAD
VANCEBORO, NC 28586
Telephone: (252)244-3337
Fax: (252)244-3727

DC-410 (Rev. 07/15)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Inmate Name: Willie Dawrey  Inmate #: 0111638

Location: Boyne, A-12  Date: Oct. 27, 2023

Grievance Statement: I'm being Denied my first Amendment rights of Freedom of religion. I'm a sunni muslim they are not allowing us the right to have Friday Jumah prayer, Taleem services, nor are they providing any Holy Qurans here. I have asked and put in Request. They have Christian services here every week and have plenty of Holy bibles available.

What remedy would resolve your grievance?: To have Friday prayer service and Holy Qurans made available.

Inmate Signature: Willie Dawrey

## OFFICIAL USE

Date received: 10/30/23  Receiving Officer Signature: Z. [illegible]  Staff ID: 04529

Facility #: 3085  Year: 2023  Housing #: BogA1  Sequence #: 23276

Distribution: White - Facility Copy; Pink - Inmate Copy



# North Carolina Department of Adult Correction

Roy Cooper, Governor

Todd E. Ishee, Secretary

### Step One - Unit Response

**Regarding Grievance No.: 3085-2023-BOGAL-23276**
**Received: 10/30/2023**

**Inmate: DOWNEY, WILLIE G - 0111638**
**Location: 3085-CRAVEN CI - BOGAL12L**

I met with offender Willie Downey 0111638 in my office on 10/30/23 to try to resolve his issue about having a Muslim corporate service. I explained per policy "If a facility chaplain or community volunteer is not available for a specific minority faith group and at least six (6) offenders regularly attend services then an offender faith helper may be considered to assist with facilitation of a religious service or program. I explained there no offender faith helper for Islamic faith, but he can practice private devotions in his housing area.

Offender was encouraged to practice private devotion in his housing dorm due to no community volunteer or offender faith helper here to facilitate a corporate service.

| 10/31/2023 | WALSTON, BYRON R. |
|---|---|
| Date | Staff Electronic Signature |

(A)____ Agree with grievance response    (B)_✓_ Appeal to Step Two (24-hour limit)

| 10/31/2023 | Willie Downey |
|---|---|
| Date | Inmate Signature |

| | |
|---|---|
| Date | Witness Signature (optional) |

cc: CTS



MAILING ADDRESS:
P. O. BOX 839
VANCEBORO, NC 28586

WWW.NCDPS.GOV

An Equal Opportunity Employer

OFFICE LOCATION:
600 ALLIGATOR ROAD
VANCEBORO, NC 28586
Telephone: (252)244-3337
Fax: (252)244-3727

# North Carolina Department of Adult Correction

Roy Cooper, Governor

Todd E. Ishee, Secretary

## Step Two - Area/Complex/Institution Response

Regarding Grievance No.: 3085-2023-BOGAL-23276
Received: 10/30/2023

Inmate: DOWNEY, WILLIE G - 0111638
Location: 3085-CRAVEN CI - BOGBL02L

Your complaint has been reviewed at Step Two of the Grievance process. Policy and procedure were followed in the handling of your grievance. Step One adequately gave a response to your grievance. Offenders that meet the criteria to be housed at Craven are constantly asked to consider being a Faith Helper. Religious item request has been sent to have Qurans and Bibles sent to Craven through charity and donations. We do not have any Bibles or Qurans at this time. This facility processes 600 offender each month. No further action is recommended. This should resolve your grievance.

| 11/03/2023 | STOCKS, TAMMIE I. |
|---|---|
| *Date* | *Staff Electronic Signature* |

(A)____ Agree with grievance response    (B)_✓_ Appeal to Secretary, DAC (24-hour limit)

| 11/3/2023 | Willie Downey |
|---|---|
| *Date* | *Inmate Signature* |

| | |
|---|---|
| *Date* | *Witness Signature(optional)* |

cc: CTS



MAILING ADDRESS:
P. O. BOX 839
VANCEBORO, NC 28586

OFFICE LOCATION:
600 ALLIGATOR ROAD
VANCEBORO, NC 28586
Telephone: (252)244-3337
Fax: (252)244-3727

WWW.NCDPS.GOV        An Equal Opportunity Employer



# North Carolina Department of Adult Correction

Roy Cooper, Governor     Todd E. Ishee, Secretary

## DC-410 Screening Response

Regarding Grievance No.: 4365-2023-A4DM--23114
Received: 11/21/2023

Inmate: DOWNEY, WILLIE G - 0111638
Location: 4365-LUMBERTON CI - A4DM-034

The grievance you have submitted has been accepted and will begin a review process. A response will be sent within 15 calendar days of 11/21/2023.

| 11/21/2023 | CALLAHAN, PAMELA P. |
|---|---|
| Date | Staff Electronic Signature |

cc: CTS



MAILING ADDRESS:
75 LEGEND ROAD
LUMBERTON, NC 28358

WWW.NCDPS.GOV

An Equal Opportunity Employer

OFFICE LOCATION:
75 LEGEND ROAD
LUMBERTON, NC 28358
Telephone: (910)785-8533
Fax: (910)618-5615

DC–410 (Rev. 02/22)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: Willie Downey  Offender #: 0111638

Location: A-4-34  Date: 11/2/2023

Grievance Statement: I have a titanium hip total implant it's giving me problems the staff doesn't want to do anything about it. It's a stryker corp product which is on recall. I had to have it due to medication Tenofvir which causes acute necrosis bone deterioration.

What remedy would resolve your grievance?: To have my hip looked at, have an alternative medication provided, and to have a UR approved for my hip replacement.

Offender Signature: Willie Downey

**OFFICIAL USE**

Date received: 11/2/2023  Receiving Officer Signature: Sgt Marlad Lockear  Staff ID: LMX23

Facility #: LCI/4365  Year: 2023  Housing #: A4-34  Sequence #: 23/14

Distribution: White - Facility Copy; Pink - Offender Copy