IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KHALIQ A. ISHRAT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:23CV1040 |
| NORTH CAROLINA DEPARTMENT OF ADULT CORRECTIONS, *et al.,* | ) ) ) ) |
| Defendant(s). | ) ) |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on December 7, 2023, was served on the parties in this action. (ECF Nos. 3, 4.) No objections were filed within the time prescribed by §636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action be transferred to the United States District Court for Eastern District of North Carolina.

This, the 19th day of January 2024.

/s/ Loretta C. Biggs
United States District Judge